# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-06573-FMO (DFM) | Date | November 7, 2018 |
| Title | Terna Ramone Hatten v. Warden Carr | | |

Present: The Honorable Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

In July 2018, Petitioner filed his petition for writ of habeas corpus by a person in federal custody under 28 U.S.C. § 2241. See Dkt. 1 ("Petition"). In September, the Court dismissed the petition with leave to amend.[1] See Dkt. 5. The Court ordered Petitioner to file a first amended petition within 35 days of the date of service of the order or risk dismissal for failure to prosecute. Id. at 3. That deadline has now passed.

**Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss the petition without prejudice for failure to prosecute.** Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.

Initials of Clerk : nb

---

[1] The day after the Court issued its order, the Court received a one-page uncaptioned document which, given the timing, cannot have been submitted in response to the Court's order. The uncaptioned document does not address the deficiencies identified in the Court's order. The Court therefore declines to treat this document as an amended petition.