# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TERNA RAMONE HATTEN, | Case No. CV 18-06573-FMO (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN CARR, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed for failure to prosecute, and this action dismissed without prejudice.

Date: February 14, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge